UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-20863-CIV-ALTONAGA

In Re:

**DANIEL RODRIGUEZ,**

    **Debtor**
_____/

**FLORIDA DEPARTMENT OF REVENUE,**

    **Appellant,**

v.

**DANIEL RODRIGUEZ,**

    **Appellee.**
_____/

AMENDED CERTIFICATE OF SERVICE

COMES NOW Appellant, State of Florida Department of Revenue, by and through its undersigned attorney, files this Amended Certificate of Service relating to Service of its Motion for an Extension of Time filed in the above styled case.

I HEREBY CERTIFY that a true and correct copy of Appellant's Motion for an Extension of Time in which to File Initial Brief has been provided via regular U.S. mail, postage prepaid, this 10th day of April, 2009 to:

Edward Freirer, Esquire
1800 W. 49th Street
Hialeah, Florida 33012-2945

April 10, 2009                                    Respectfully submitted,

*Frederick F. Rudzik,*              .
Frederick F. Rudzik, Esquire
Florida Department of Revenue
P.O. Box 6668
Tallahassee, Florida 32314-6668
rudzikf@dor.state.fl.us
Ph.    (850) 488-0712
FAX  (850) 410-2397
Fl. Bar No.:0749052