# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2010

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 09-13222-EE**
Case Style: Florida Department of Revenue v. Daniel Rodriguez
District Court Number:  09-20863 CV-CMA
SECONDARY CASE NO: 05-10255-BKC-AJC



The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

John Ley, Clerk of Court

Reply To: Andrea Ware (404) 335-6218

c: District Court Judge

MDT-4 (04-2007)